v.

**The STATE of Texas, Appellee.**

No. 28934.

Court of Criminal Appeals of Texas.

April 3, 1957.

**Earnest BURLESON, Appellant.**

v.

**The STATE of Texas, Appellee.**

No. 28945.

Court of Criminal Appeals of Texas.

April 10, 1957.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Transporting gin, an alcoholic beverage, in a dry area is the offense, with punishment assessed at a fine of $100.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.